UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **PRISCILLA A. LASSERRE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 15-6934** |
| **NANCY A. BERRYHILL, ACTING COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION** | **SECTION "S" (2)** |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Findings and Recommendation of the United States Magistrate Judge, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's motion for attorney's fees is GRANTED IN PART AND DENIED IN PART and that plaintiff is awarded $2,340.63 in reasonable attorney's fees.

New Orleans, Louisiana, this  7th  day of  March , 2017.

UNITED STATES DISTRICT JUDGE